# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **08-11483-JVA** |
| | § | |
| **KEETON, CHRISTINA MARIE** | § | Chapter **7** |
| **KEETON, DWAYNE** | § | |
| | § | Judge: **AUG** |
| Debtor(s). | § | |

### NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $<u>38.20</u> represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Mark Zigoris<br>7770 Cooper Lane<br>Cincinnati, Ohio 45242 | 000005 | 38.20 |

Dated: 1/19/10

/s/ Eric W. Goering
Eric W. Goering, 0061146

cc:     U.S. Trustee